UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL E. BROHM,<br><br>    Plaintiff,<br><br>vs.<br><br>NAUTIC PARTNERS, LLC, SCOTT HILINSKI, KENNETH MCGEE, CHESTER CROUCH,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-3995-AT |

## **J U D G M E N T**

This action having come before the Court, Honorable Amy Totenberg, United States District Judge, for consideration of defendants' motion to dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice for lack of personal jurisdiction.

Dated at Atlanta, Georgia, this 23rd day of July, 2019.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                            By:   s/Brittany Poley
                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 23, 2019
James N. Hatten
Clerk of Court

By:   s/Brittany Poley
       Deputy Clerk